UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CAITLIN PORCELLI,

    Plaintiff,

v.                                      Case No: 8:16-cv-2268-T-27AEP

CITIBANK (SOUTH DAKOTA), N.A.,

    Defendant.
_____/

## ORDER

**BEFORE THE COURT** is the Joint Stipulation to Stay Case and Compel Arbitration (Dkt. 5), which is construed as a motion. Upon consideration, the Motion is **GRANTED**. This case is **STAYED** pending arbitration. The Clerk is directed to **CLOSE** the file.

**DONE AND ORDERED** this 26th day of September, 2016.

/s/ James D. Whittemore
JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record