**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

CAITLIN PORCELLI,

                                                                                      CASE NO.: 8:16-cv-02268-JDW-AEP

     Plaintiff,

vs.

CITIBANK (SOUTH DAKOTA), N.A.

      Defendant.
_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

     Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby dismiss the above-entitled action and all claims asserted in the action with prejudice, with each party to bear their own fees and costs.

Date: December 6, 2016

| | |
|---|---|
| */s/ John L. Dicks* | */s/ Christopher W. Boss* |
| John L. Dicks, II | Christopher W. Boss, Esq. |
| FL Bar No.: 89012 | Florida Bar No.: 13183 |
| Akerman LLP | Boss law |
| 401 E. Jackson Street, Ste. 1700 | Email: cpservice@protectyourfuture.com |
| Tampa, FL 33602 | 9887 Fourth Street North, Suite 202 |
| Telephone: (813) 223-7333 | St. Petersburg, Florida  33702 |
| Fax: (813) 218-5410 | Telephone: (727) 471-0039 |
| John.dicks@akerman.com | Facsimile: (727) 471-1206 |
| Caren.collier@akerman.com | *Trial Counsel for Plaintiff* |
| *Counsel for Defendant* | |

*[Certificate of service on following page]*

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a true and correct copy of this Notice has been served by electronic mail upon all parties and counsel identified on the CM/ECF service list created and maintained by the Court for this case, on December 6, 2016.

                               **BOSS LAW**

                               /s/ *Christopher W. Boss*
                               Christopher W. Boss, Esq.
                               Fla. Bar No.: 013183
                               9887 Fourth Street North, Suite 202
                               St. Petersburg, Florida 33702
                               Service Email: cpservice@protectyourfuture.com
                               Phone: (727) 471-0039
                               Fax: (888) 503-2182
                               **Attorney for Plaintiff**