UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CAITLIN PORCELLI,

    Plaintiff,

v.                                      Case No: 8:16-cv-2268-T-27AEP

CITIBANK (SOUTH DAKOTA), N.A.,

    Defendant.
_____/

## ORDER

**BEFORE THE COURT** is the Joint Stipulation of Dismissal With Prejudice (Dkt. 7). Upon consideration, this case is **DISMISSED** *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**DONE AND ORDERED** this 7th day of December, 2016.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record